# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MONA ABOUZIED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG (THOMPSON) LIN, and STEFAN J. MURRY,<br><br>        Defendants. | Case No. 4:17-cv-02399 |
| GAURAV TANEJA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG (THOMPSON) LIN, and STEFAN J. MURRY,<br><br>       Defendants. | Case No. 4:18-cv-3544 |
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG (THOMPSON) LIN, and STEFAN J. MURRY,<br><br>       Defendants. | Case No. 4:18-cv-3722 |

| | |
|---|---|
| STEPHEN MCGRATH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG (THOMPSON) LIN, and STEFAN J. MURRY,<br><br>              Defendants. | Case No. 4:18-cv-3914 |

**MOTION OF LAWRENCE ROUGIER
FOR CONSOLIDATION OF RELATED ACTIONS**

Court-appointed Lead Plaintiff Lawrence Rougier ("Rougier" or "Lead Plaintiff"), respectfully moves this Court for entry of the attached [Proposed] Order: (1) consolidating *Taneja v. Applied Optoelectronics, Inc. et al.*, Case No. 4:18-cv-03544-SL (S.D. Tex.) (the "*Taneja* Action"), *Pokoik v. Applied Optoelectronics, Inc. et al.*, Case No. 4:18-cv-03722-LR (S.D Tex.), and *McGrath v. Applied Optoelectronics, Inc. et al.*, Case No. 4:18-cv-03914-LR (S.D Tex.) (altogether the "Related Actions"), with the above-captioned consolidated securities class action (the "Consolidated Securities Action")[1] pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) striking the November 30, 2018 lead plaintiff deadline purportedly triggered by the notice of pendency of the Related Actions, published on October 1, 2018 (the "*Taneja* Notice"); (3) declaring any motions to be filed seeking appointment as lead plaintiff in response to the *Taneja* Notice ineffective; (4) requiring republication of a corrected notice explaining that a lead plaintiff has already been appointed as of January 22, 2018; and (4) granting such further relief as the Court may deem just and proper.

This Motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Jamie McKey filed herewith, the pleadings and other filings herein, the [Proposed] Order attached hereto, and any such other written or oral argument as may be permitted by the Court.

                                                                Respectfully submitted,

Dated: November 7, 2018                  *Jamie McKey*
                                                **KENDALL LAW GROUP, PLLC**
                                                JAMIE MCKEY
                                                Texas Bar No. 24025262
                                                JOE KENDALL
                                                Texas Bar No. 11260700

---

[1] On January 22, 2018, Judge Gilmore appointed Mr. Rougier as Lead Plaintiff and consolidated *Ludwig v. Applied Optoelectronics, Inc.*, *et al.*, Case No. 4:17-cv-02399 (S.D.T.X.) with *Abouzied v. Applied Optoelectronics*, *Inc.*, *et al.*, Case No. 4:17-cv-02399 (S.D. Tex.). *See Abouzied v. Applied Optoelectronics, Inc.,* 2018 U.S. Dist. LEXIS 16801, at *2 (S.D. Tex. Jan. 22, 2018).

3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Tel.: (214) 744-3000
Fax: (214) 744-3015
jmckey@kendalllawgroup.com
jkendall@kendalllawgroup.com

*Liaison Counsel for Lead Plaintiff and Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel.: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com

*Lead Counsel for Lead Plaintiff and Class*

# CERTIFICATE OF CONFERENCE

I hereby certify that during the week of October 4, 2018, counsel conferred by phone with counsel for Defendants. Defendants then filed their Response to Plaintiff's Notice of Related Filings on November 11, 2018, indicating they oppose this motion. I further certify that counsel conferred by phone and/or email with counsel for Plaintiffs in the three Related Actions who did indicate whether they oppose or do not oppose this motion.

Dated: November 7, 2018               *Jamie McKey*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 7, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                          /s/ *Jamie McKey*