# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MONA ABOUZIED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG (THOMPSON) LIN, and STEFAN J. MURRY,<br><br>Defendants. | Case No. 4:17-cv-02399 |

**MOTION OF LAWRENCE ROUGIER FOR LEAVE TO AMEND THE FIRST CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Court-appointed Lead Plaintiff Lawrence Rougier ("Rougier" or "Lead Plaintiff"), respectfully moves this Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file his [Proposed] Second Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("Proposed SAC").

This Motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Jamie McKey filed herewith, the pleadings and other filings herein, the [Proposed] Order attached hereto, and any such other written or oral argument as may be permitted by the Court.

Respectfully submitted,

Dated: November 8, 2018

*/s/ Jamie J. McKey*
**KENDALL LAW GROUP, PLLC**
JAMIE J. MCKEY
Texas Bar No. 24025262
JOE KENDALL
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Tel.: (214) 744-3000
Fax: (214) 744-3015
jmckey@kendalllawgroup.com
jkendall@kendalllawgroup.com

*Liaison Counsel for Lead Plaintiff and Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel.: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com

*Lead Counsel for Lead Plaintiff and Class*

## CERTIFICATE OF CONFERENCE

I hereby certify that during the week of October 4, 2018, counsel conferred by phone with counsel for Defendants. Defendants then filed their Response to Plaintiff's Notice of Related Filings on November 11, 2018, indicating they oppose this motion.

/s/ Jamie J. McKey
Jamie J. McKey

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 8, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Jamie J. McKey*
Jamie J. McKey