UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONA ABOUZIED, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG LIN, and STEFAN J. MURRY,<br><br>                Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:17-cv-2399 |
| GAURAV TANEJA, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG LIN, and STEFAN J. MURRY,<br><br>                Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-3544 |
| DAVIN POKOIK, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>APPLIED OPTOELECTRONICS, INC., CHIH-HSIANG LIN, and STEFAN J. MURRY,<br><br>                Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-3722 |
| STEPHEN MCGRATH, Individually and On Behalf of All Others Similarly Situated, | § § § | Civil Action No. 4:18-cv-3914 |

|                                  | § |
| -------------------------------- | - |
| Plaintiff,                       | § |
|                                  | § |
| v.                               | § |
|                                  | § |
| APPLIED OPTOELECTRONICS, INC.,   | § |
| CHIH-HSIANG LIN, and STEFAN J.   | § |
| MURRY,                           | § |
|                                  | § |
| Defendants.                      | § |
|                                  | § |

# RESPONSE IN OPPOSITION TO LAWRENCE ROUGIER'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS

Plaintiff Stephen McGrath ("McGrath"), through counsel, respectfully files this Response in Opposition to Lawrence Rougier's ("Rougier") Motion for Consolidation of Related Actions (ECF No. 67).

Rougier is the Lead Plaintiff in *Mona Abouzied v. Applied Optoelectronics, Inc. et al*, No. 4:17 Civ. 02399 (the "*Abouzied* Action"). The *Abouzied* Action was commenced on August 5, 2017, alleging a class period of February 23, 2017, to February 21, 2018. Briefing on the Motion to Dismiss the First Consolidated Amended Class Action Complaint (ECF No. 48) was completed on May 21, 2018.

McGrath filed his Class Action Complaint on October 18, 2018, alleging violations of federal securities laws relating to Applied Optoelectronics, Inc.'s misrepresentations and omissions regarding product quality issues with certain transceivers. McGrath alleges a class period of August 7, 201,8 to September 27, 2018. Two other actions, captioned above, were also filed alleging similar misrepresentations and omissions during the same time period. The deadline for these parties to file lead plaintiff motions is November 30, 2018.

2

McGrath opposes both Rougier's request that the Court strike the PSLRA lead plaintiff deadline and consolidation of the actions until after a lead plaintiff is appointed for alleged misrepresentations and omissions relating to the August 7, 2018 to September 27, 2018 class period. After such appointment, the then-appointed lead plaintiff should be permitted to respond to Rougier's motion for consolidation.

DATED: November 28, 2018.

Respectfully submitted,

*/s/ Thomas E. Bilek*
Thomas E. Bilek
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720

*Attorneys for Plaintiff*

**OF COUNSEL:**

Marion Passmore
Melissa A. Fortunato
Shaelyn Gambino-Morrison
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
passmore@bespc.com
fortunato@bespc.com
gambino-morrison@bespc.com

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on November 28, 2018, which caused an electronic copy of same to be served automatically upon all counsel of record.

                                            */s/ Thomas E. Bilek*
                                            Thomas E. Bilek