United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONA ABOUZIED, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 4:17-CV-2399 § APPLIED OPTOELECTRONICS, INC., *et al*, § § § Defendants. § | |

## ORDER

IT IS HEREBY ORDERED that Lawrence Rougier's Motion for Leave to Amend the First Consolidated Amended Complaint **(Instrument No. 68)** is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 12th day of December, 2018, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**