United States District Court
Southern District of Texas
**ENTERED**
June 04, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE ROUGIER, ET AL., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-2399 |
| | § | |
| APPLIED OPTOELECTRONICS, INC., | § | |
| CHIH-HSIANG (THOMPSON) LIN, AND | § | |
| STEFAN J. MURRY, | § | |
|     *Defendants*. | § | |

## ORDER

The parties' Joint Motion to Stay All Deadlines (Dkt. 141) is **GRANTED**. It is further **ORDERED** that this case will be stayed until August 3, 2020 or until a motion for preliminary approval is filed with the Court, whichever is sooner.

Signed on June 4, 2020 at Houston, Texas.

                                                                         Christina A. Bryan
                                                                     United States Magistrate Judge